UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BARTNING, et al., | No. 2:14-cv-1812 TLN CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| OHIO NORTHERN UNIVERSITY, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. Plaintiff does not allege a basis for subject matter jurisdiction. The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this action, a substantial part of the events giving rise to plaintiff's claims occurred in Ada, Ohio, which is located in Hardin County. Therefore, plaintiff's claim should have been filed in the United States District Court, Northern District of Ohio. In the interest of justice, a federal

/////

1

1 | court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C.
2 | § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
3 |     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
4 | States District Court, Northern District of Ohio.
5 | Dated:  August 4, 2014

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

4 hardin.tra